MC LAW NEVADA
Robert McCoy, No. 9121
1775 Village Center Circle, Suite 110
Las Vegas, Nevada 89134
(702) 570-5435
rob@mclawnevada.com

Attorneys for Defendant Britney Gaitan

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BEZAK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRITNEY GAITAN, an individual, VIP REAL ESTATE LLC d/b/a KELLER WILLIAMS VIP, a domestic Nevada Limited-Liability Company,<br><br>Defendants. | Case No. 2:26-cv-01015-MMD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

M
MC LAW

Plaintiff Charles Bezak and defendant Britney Gaitan stipulate to extend the time for Ms. Gaitan to respond to the complaint (ECF No. 1) from June 12, 2026 until July 6, 2026.  This is the first requested extension of this deadline and is sought to accommodate counsel's scheduling conflicts, including summer travel schedules.

THE BOURASSA LAW GROUP

/s/ Mark J. Bourassa
Mark J. Bourassa, No. 7999
2350 W. Charleston Blvd.
Las Vegas, Nevada 89102

Attorneys for Plaintiff Charles Bezak
and the Putative Classes

MC LAW NEVADA

Robert McCoy, No. 9121
1775 Village Center Circle, Suite 110
Las Vegas, Nevada 89134

Attorneys for Defendant Britney Gaitan

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:      June 10, 2026


MC LAW

1 of 1